PROB 12C
(7/93)

Report Date: September 24, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 4 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gordon Laverdure        Case Number: 0980 2:12CR00116-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, United States District Judge

Date of Original Sentence: May 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 5 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 31, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 30, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Laverdure contacted the undersigned officer by phone on September 20, 2013, to advise that he had failed to report for urinalysis testing on September 19, 2013. Mr. Laverdure was told that he would need to report to the U.S. Probation Office that date to provide a urine sample for testing. At that time, Mr. Laverdure advised the undersigned officer that he had relapsed, and his urine test would be positive for both marijuana and methamphetamine. He reported his last use of marijuana to be approximately 1 week prior, and methamphetamine use about 2 days prior to our conversation. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On September 20, 2013, Mr. Laverdure was directed to report to the U.S. Probation Office before the close of business. He failed to report as directed. He was again directed to report to the U.S. Probation Office on September 23, 2013, and failed to do so. |

Prob12C
Re: Laverdure, Samuel Gordon
September 24, 2013
Page 2

3   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

   **Supporting Evidence**: On September 23, 2013, the undersigned officer made contact with Mr. Laverdure's sister at his listed residence. His sister, Janet, advised that Mr. Laverdure was not at the home and had been staying in another apartment complex with a woman named Lei. She further advised that he was not welcome to return to her home due to his failure to report to probation, and his drug and alcohol use. He has failed to report any change of residence.

4   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Laverdure was scheduled to report for urinalysis testing on September 19, 2013. He failed to report as directed to provide a urine sample for testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/24/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/24/13
Date